## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

IN RE: ESTATE OF LEONARD J.    :   No. 580 MAL 2015
MOSKOWITZ, DECEASED           :
                                        :
                                        :   Petition for Allowance of Appeal from
PETITION OF: MICHAEL B. FEIN AND   :   the Order of the Superior Court
BERNICE FEIN                    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.